IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:17-cv-00130

| | |
|---|---|
| CUSTOM DYNAMICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ENTRY OF DEFAULT |
| ) | |
| MICHAEL SCHULTZ d/b/a Everything ) | |
| L.E.D. - Harley, ) | |
| ) | |
| Defendant. | |

The Verified Complaint and Motion for Temporary Restraining Order and Preliminary Injunction were filed in this case on March 15, 2017. The Motion for Temporary Restraining Order and Preliminary Injunction was duly served upon Defendant, Michael Schultz d/b/a Everything L.E.D. – Harley, ("Schultz") on March 15, 2017 and the summons and Verified Complaint were duly served upon Schultz on March 31, 2017. No answer or other pleading has been filed by Schultz as required by law. Therefore, default is hereby entered against Schultz as provided in Fed. R. Civ. P. 55(a).

SO ORDERED, this the __23__ day of May, 2017.

_____
Peter A. Moore, Jr.
Clerk of Court